THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM E. KENNERSON, Appellant.— Judgment unanimously affirmed. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Dore, JJ.

440 EAST 102ND STREET CORP., Appellant, v. THE CITY OF NEW YORK, Respondent.— Determination affirmed, with costs and disbursements. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Dore, JJ.; Townley and Glennon, JJ., dissent and vote to reverse the determination of the Appellate Term and affirm the judgment of the Municipal Court.

In the Matter of the Arbitration between EDNA V. C. KIMBALL, Appellant, and WALTER GARDNER KIMBALL, Respondent, before the Honorables George Gordon Battle, Arnold L. Davis and Lloyd Paul Stryker, Arbitrators.— Orders and judgment unanimously affirmed, with costs. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, Respondent, v. PORTLAND GENERAL ELECTRIC COMPANY, Appellant.— Facts sufficient to entitle the defendant to a trial of the issues raised by the pleadings are set forth in the affidavit submitted on its behalf. Determination of the Appellate Term and judgment and order of the Municipal Court unanimously reversed, with costs and disbursements to the appellant in all courts, and the motion for summary judgment denied. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

CHARLES FELDMAN, Respondent, v. THOMAS E. MURRAY, as Receiver of INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

### (March 18, 1940.)

GEORGE BALLANTINE & SON, LIMITED, and "21" BRANDS, INC., Respondents, v. GILMORE WHISKEY CORPORATION, Defendant, Impleaded with DISTILLED LIQUORS IMPORT CO., INC., Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied, unless plaintiffs notice the action for trial on April 8th, 1940. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.